ETHEL M. ATKINSON, Individually and on Behalf of Other Stock-holders of McCABE HANGER MANUFACTURING COMPANY, Similarly Situated, Appellant, *v.* McCABE HANGER MANUFACTURING COMPANY et al., Respondents.

Argued May 22, 1947; decided July 2, 1947.

*Israel Siegel* and *George E. Branch* for appellant.

*Orrin G. Judd* and *Saul A. Shames* for J. Newcomb Blackman, respondent.

*Samuel Shapiro* for Consolidated Products Co., Inc., and Bernard Magrill, respondents.

*Harold R. Medina, Jr.,* for Stoughton P. Cross, respondent.

*George J. Regan* for Laura M. French, respondent.

*Leonard M. Lake* for Charles H. Lipsett, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.